JETTINE GOTTEBERG, Appellant, *v.* PARK TERRACE COMPANY, Respondent.

*Gotteberg* v. *Park Terrace Co.*, 168 App. Div. 800, affirmed.
(Argued December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment, entered August 20, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was in equity to have declared void two contracts entered into by the plaintiff, one dated February 21, 1911, and the other November 2, 1911, to purchase four lots on the installment plan,

by reason of false representations alleged to have been made to her by the agent for the defendant company as to the contents of the said contracts and to recover from the defendant the sum paid by her on account of the purchase. The complaint alleged that defendant, by its duly authorized agent, with intent to deceive plaintiff and induce plaintiff to enter into an agreement, falsely and fraudulently represented to plaintiff that as a part of the said agreement the.defendant was bound and obligated to plaintiff that should plaintiff desire to cancel the said purchase and re-sell the property at any time after one year from the execution of the same, then defendant would sell said parcel of property on behalf of plaintiff at a profit to plaintiff of at least ten per cent; and that plaintiff could not in any case lose any of the money she might pay. The complaint further alleged that the representations were false and that the defendant had refused to re-sell the property for the plaintiff although she had requested it to do so.

*Carl Ehlermann, Jr.,* and *Julian M. Wright* for appellant.

*Ignatius A. Scannell* and *John K. M. Ewing* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN and HOGAN, JJ. Dissenting: POUND and CRANE, JJ. Not sitting: McLAUGHLIN, J.